ACCEPTED
03-15-000233-CR
6276817
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/29/2015 2:55:34 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00233-CR

## IN THE COURT OF APPEALS
## THIRD DISTRICT
## AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/29/2015 2:55:34 PM

JEFFREY D. KYLE
Clerk

_____

### ISREAL REYES, SR., Appellant

### *v.*

### THE STATE OF TEXAS

_____

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

_____

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

Comes now, Isreal Reyes, Sr., Appellant in the above styled and numbered cause and would show this honorable Court the following:

**I.**

Reyes was convicted in the above cause for the offenses of aggravated assault, endangering a child, and unlawful possession of a firearm. Punishment was assessed at 20 years and two 10 year sentences. Notice of appeal was timely

filed after the Court of Criminal Appeals granted an out of time appeal. The appeal was docketed in this Court.

## II.

A clerk's record was filed on May 18, 2015. A reporter's record was filed on July 3, 2015. Reyes's brief is due on August 6, 2015.

## III.

Appellant seeks a 90 day extension of the current deadline in which to file Appellant's brief, up to and including, November 4, 2015.

## IV.

This request is based on the following facts which prevent counsel for Appellant from preparing the brief by the current deadline:

The record in this cause is voluminous. It is comprised of nine volumes. Counsel has not had an opportunity to review the record and prepare Appellant's brief by August 6, 2015. Filing of the brief cannot be accomplished by the current deadline while still effectively representing Appellant on direct appeal to this Court.

Additionally, counsel cannot meet the current deadline and needs a 90 day extension because: since the reporter's record was filed in this cause, counsel has prepared and filed an applicant's application for writ of habeas corpus in *Ex parte Zahir Querishi*, cause number 86,707, in the 315th District Court of Harris County;

an appellant's brief in *Tyler Ebanks v. State of Texas*, No. 03-15-00392-CR, in the Third Court of Appeals; and a 30 page defendant's motion for new trial in *State of Texas v. Gary Lee Griffin*, cause number CR-14-0432, in the 22nd District Court of Hays County, Texas. Counsel will be out of the State of Texas from August 2 to August 4, 2015. Counsel will be attending a CLE course from August 6 to 7, 2015. Counsel has an appellant's brief in a capital murder conviction in *US Carnell Petetan v. State of Texas*, No. AP-77,038, in the Court of Criminal Appeals, due on second extension on August 31, 2015. Counsel has an appellant's motion for rehearing due on first extension in *Eleazar Luna v. State of Texas*, No. 13-13-00367-CR, in the Thirteenth Court of Appeals on August 31, 2015. Counsel must prepare and file findings of fact and conclusions of law in *Ex parte Christopher Wimberly*, No. 54,705-E, in the 264th District Court of Bell County, Texas, on or before September 8, 2015.

## V.

This is the first request for an extension to file Appellant's brief.

## PRAYER

Appellant requests this Court grant the motion and extend the time to file Appellant's brief by 90 days, up to and including November 4, 2015.

Respectfully submitted,

/s/Richard E. Wetzel
Richard E. Wetzel

3

State Bar No. 21236300

1411 West Ave., Suite 100
Austin, Texas 78701

(512) 469-7943
(512) 474-5594

wetzel_law@1411west.com

Attorney for Appellant
Isreal Reyes, Sr.

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of this pleading was sent by email to Counsel for the State of Texas, Josh Presley, Assistant District Attorney, at presj@co.comal.tx.us on this the 29th day of July, 2015.

/s/Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300